1  **RIMAC & MARTIN, P.C.**
   ANNA M. MARTIN - State Bar No. 154279
2  JOSHUA G. HEAVISIDE - State Bar No. 225715
   1051 Divisadero Street
3  San Francisco, California 94115
   Telephone (415) 561-8440
4  Facsimile (415) 561-8430

5  Attorneys for Plaintiff
   SONIA CABRERA
6

7
                    **UNITED STATES DISTRICT COURT**
8
                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10

11 | SONIA CABRERA,                              )
12 |        Plaintiff,                           )  **CASE NO. 2:06-cv-2180 FCD KJM**
                                                  )
13 | vs.                                         )  **STIPULATION AND ORDER TO ELECT
                                                  )  REFERRAL OF ACTION TO
14 | CALIFORNIA LAW ENFORCEMENT                  )  VOLUNTARY DISPUTE RESOLUTION
   | ASSOCIATION; CALIFORNIA                    )  PROGRAM (VDRP) PURSUANT TO
15 | ADMINISTRATION INSURANCE                   )  LOCAL RULE 16-271**
   | SERVICES, INC; AND, THE CALIFORNIA         )
16 | LAW ENFORCEMENT ASSOCIATION                )
   | LONG TERM DISABILITY PLAN                  )
17 |                                              )
   |        Defendants.                          )
18 |                                              )

19

20         Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled

21 action to the Voluntary Dispute Resolution Program. Pursuant to Local Rule 16-271(e)(2), the

22 parties request that the matter be referred to mediation before Robert Greenfield, of Greenfield

23 Hardy, in El Dorado Hills, California. The parties have contacted Mr. Greenfield and confirmed

24 his availability and willingness to serve as a mediator in this matter.

25 ///

26 ///

27 ///

28 ///

-1-
**STIPULATION FOR VDRP**                              **CASE NO. 2:06-cv-2180 FCD KJM**

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   |   | RIMAC & MARTIN, P.C. |

DATED: February __6__, 2008 By:    /s/ Joshua G. Heaviside
                                                                         ANNA M. MARTIN
                                                                         JOSHUA G. HEAVISIDE
                                                                           Attorneys for Plaintiff
                                                                           SONIA CABRERA

                                                                           WEINTRAUB GENSHLEA CHEDIAK LC

DATED: February __6__, 2008     By:    /s/ W. Scott Cameron
                                                                        LOUIS A. GONZALEZ
                                                                        W. SCOTT CAMERON
                                                                        Attorney for Defendants
                                                                        CALIFORNIA LAW ENFORCEMENT ASSOCIATION; CALIFORNIA ADMINISTRATION INSURANCE SERVICES, INC; AND, THE CALIFORNIA LAW ENFORCEMENT ASSOCIATION LONG TERM DISABILITY PLAN

IT IS SO ORDERED.

DATED: February 12, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE