UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SONIA CABRERA,

      Plaintiff,

      v.

CALIFORNIA LAW ENFORCEMENT ASSOCIATION; CALIFORNIA ADMINISTRATION INSURANCE SERVICES, INC; and THE CALIFORNIA LAW ENFORCEMENT ASSOCIATION LONG TERM DISABILITY PLAN

      Defendants.
_____/

NO. CIV. S-06-2180 FCD/KJM

**ORDER RE: SETTLEMENT AND DISPOSITION**

      Pursuant to the representation of the plaintiff, in the above action, the court has determined that this case has settled.

      In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before October 20, 2008.  All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

      **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

      **IT IS SO ORDERED**.

Dated: October 1, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE