**RIMAC MARTIN, P.C.**
ANNA M. MARTIN - State Bar No. 154279
JOSHUA G. HEAVISIDE - State Bar No. 225715
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Plaintiff
SONIA CABRERA

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA CABRERA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CALIFORNIA LAW ENFORCEMENT ASSOCIATION; CALIFORNIA ADMINISTRATION INSURANCE SERVICES, INC; AND, THE CALIFORNIA LAW ENFORCEMENT ASSOCIATION LONG TERM DISABILITY PLAN<br><br>　　　　Defendants. | CASE NO. **2:06-cv-2180 FCD KJM**<br><br>**ORDER FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

Plaintiff SONIA CABRERA filed a Notice of Settlement on September 30, 2008, advising the Court that the parties in this matter reached an agreement to settle this matter in its entirety on September 30, 2008. By Order of October 1, 2008, the Court ordered dispositional documents filed on or before October 20, 2008.

The Court extended that deadline to October 27, 2008 by telephone, on October 20, 2008. Plaintiff now respectfully requests the Court grant the parties an additional two weeks, through November 10, 2008, in which to file dispositional documents. The parties require some

///

///

1  additional time to negotiate and exchange settlement documents, and complete the settlement in
2  this matter.

3                                          RIMAC  MARTIN, P.C.

5  DATED: October 27, 2008        By:    /s/ Joshua G. Heaviside
                                         JOSHUA G. HEAVISIDE
6                                        Attorneys for Plaintiff
                                         SONIA CABRERA

8  **IT IS SO ORDERED.**

9     The Deadline to file Dispositional Documents in this matter is Continued from October
10 27, 2008 to November 10, 2008.

12 Dated: October 27, 2008

13  _____
     FRANK C. DAMRELL, JR.
14   UNITED STATES DISTRICT JUDGE

-2-                    CASE NO. 2:06-cv-2180 FCD KJM