**RIMAC & MARTIN, P.C.**
ANNA M. MARTIN - State Bar No. 154279
JOSHUA G. HEAVISIDE - State Bar No. 225715
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Plaintiff
SONIA CABRERA

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA CABRERA,<br><br>          Plaintiff,<br><br>     vs.<br><br>CALIFORNIA LAW ENFORCEMENT ASSOCIATION; CALIFORNIA ADMINISTRATION INSURANCE SERVICES, INC; AND, THE CALIFORNIA LAW ENFORCEMENT ASSOCIATION LONG TERM DISABILITY PLAN<br><br>          Defendants. | **CASE NO. 2:06-cv-2180 FCD KJM**<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between plaintiff SONIA CABRERA and defendants herein, CALIFORNIA LAW ENFORCEMENT ASSOCIATION; CALIFORNIA ADMINISTRATION INSURANCE SERVICES, INC; and THE CALIFORNIA LAW ENFORCEMENT ASSOCIATION LONG TERM DISABILITY PLAN, through their designated counsel of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41.

-1-

1    Each party shall bear its own costs and attorneys' fees in this action.

3    **SO STIPULATED.**

5    Respectfully submitted,

6    RIMAC & MARTIN, P.C.

DATED: November __7__, 2008    By:    /s/ Joshua G. Heaviside
                                       ANNA M. MARTIN
                                       JOSHUA G. HEAVISIDE
                                       Attorneys for Plaintiff
                                       SONIA CABRERA

WEINTRAUB GENSHLEA CHEDIAK LC

DATED: November __7__, 2008    By:    /s/ W. Scott Cameron
                                       LOUIS A. GONZALEZ
                                       W. SCOTT CAMERON
                                       Attorney for Defendants
                                       CALIFORNIA LAW ENFORCEMENT
                                       ASSOCIATION; CALIFORNIA
                                       ADMINISTRATION INSURANCE SERVICES,
                                       INC; AND, THE CALIFORNIA LAW
                                       ENFORCEMENT ASSOCIATION LONG TERM
                                       DISABILITY PLAN

## ORDER OF DISMISSAL

Premised upon the Stipulation of the parties who have appeared in this lawsuit, it is hereby ordered that Plaintiff Sonia Cabrera's complaint in its entirety be, and is hereby, dismissed with prejudice, with all sides to bear their own fees and costs.

DATED: November 10, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE